IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DANA CRAIG, ROY FREEMAN, MARY ALICE FREEMAN, TERI-LYN CALHOUN, GEORGE CALHOUN, CHRISTOPHER MESKIMEN, by and through his legal guardian, BARBARA MESKIMEN, KURT WILLIAMS, LYNETTE WILLIAMS, MELISSA KEARNEY, TIM KEARNEY, KAREN BATTS, TOM MEINDERS, DIANE MEINDERS, MICHAEL BUES, WENDI BUES, KIM TARKOWSKI, and SANDRA NIEUKIRK, individually on behalf of themselves and all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>OSF HEALTHCARE SYSTEM, an Illinois Not-For-Profit Corporation, and OSF MULTISPECIALTY GROUP – EASTERN REGION, LLC, an Illinois limited liability company,<br><br>Defendants. | Case No. 13-cv-01285 |

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on June 10, 2014, she served a true and correct copy of Plaintiffs' Notice of Deposition of Defendant OSF Healthcare System Pursuant to F.R.C.P. Rule 30(b)(6) upon all parties entitled to notice in this cause by electronic mail addressed to the following counsel of record:

Tom H. Luetkemeyer
Susan M. Baker
Hinshaw & Culbertson LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
tluetkemeyer@hinshawlaw.com
sbaker@hinshawlaw.com

L. Lee Smith
Hinshaw & Culbertson LLP
416 Main Street
Suite 600
Peoria, IL 61602
lsmith@hinshawlaw.com

By:     /s/ Catherine A. Cooke

Jennifer M. Sender (ARDC No. 6207774)
Robert M. Winter (ARDC No. 3122228)
Andrés J. Gallegos (ARDC No. 6212168)
Catherine A. Cooke (ARDC No. 6289263)
ROBBINS, SALOMON & PATT, LTD.
180 North LaSalle Street, Suite 3300
Chicago, Illinois 60601
(312) 782-9000 - Telephone
(312) 782-6690 - Facsimile
jsender@rsplaw.com
rwinter@rsplaw.com
agallegos@rsplaw.com
ccooke@rsplaw.com
JY0315