**E-FILED**
Friday, 05 September, 2014  02:15:39 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| DANA CRAIG, ROY FREEMAN, SONJA RENIA HOLZHAUER, individually, as Independent Executor of the Estate of Mary Alice Freeman, TERI-LYN CALHOUN, and GEORGE CALHOUN, CHRISTOPHER MESKIMEN, by and through his legal guardian, BARBARA MESKIMEN, KURT WILLIAMS, LYNETTE WILLIAMS, MELISSA KEARNEY, TIM KEARNEY, KAREN BATTS, TOM MEINDERS, DIANE MEINDERS, MICHAEL BUES, WENDI BUES, KIM TARKOWSKI, and SANDRA NIEUKIRK, individually on behalf of themselves and all other persons similarly situated, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 13-cv-01285 <br><br> Judge: Sara Darrow <br> Magistrate Judge: Jonathan E. Hawley |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| OSF HEALTHCARE SYSTEM, an Illinois Not-For-Profit Corporation, and OSF MULTISPECIALTY GROUP – EASTERN REGION, LLC, an Illinois limited liability company, | ) ) ) ) ) ) | |
| Defendants. | | |

## NOTICE OF VIDEOTAPED DEPOSITION

| TO: | All Attorneys of Record | Sivertsen Reporting Service | Master Video, Inc. |
|---|---|---|---|
| | | 11112 N. Quail Lane | 117 North Indiana |
| | | Peoria, IL 61615 | Morton, IL 61550 |
| | | (309) 690-3330 | (309) 339-1382 |

PLEASE TAKE NOTICE that the defendant will take the following deposition upon oral examination at the law office of HINSHAW & CULBERTSON LLP, 416 Main Street, 6th Floor, Peoria, Illinois, before an ASL interpreter and a Notary Public or other person duly authorized to administer oaths.

| **DEPONENT** | **DATE** | **TIME** |
|---|---|---|
| Dana Craig | September 9, 2014 | 10:00 a.m. |

Respectfully submitted,

/s/ L. Lee Smith
L. Lee Smith
Ambrose V. McCall
HINSHAW & CULBERTSON LLP
416 Main Street, 6th Floor
Peoria, IL 61602
Telephone: 309-674-1025
Facsimile: 309-674-9328
lsmith@hinshawlaw.com
amccall@hinshawlaw.com

and

Tom H. Luetkemeyer
Daniel K. Ryan
Susan M. Baker
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001
tluetkemeyer@hinshawlaw.com
dryan@hinshawlaw.com
sbaker@hinshawlaw.com

Attorneys for Defendants,
OSF HEALTHCARE SYSTEM and
OSF MULTISPECIALTY GROUP –
EASTERN REGION, LLC

80629923v1 0946492

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on September 5, 2014, a copy of the foregoing document was served upon the following counsel by:

__X__  Enclosing it in an envelope, properly addressed as indicated below, with first-class postage prepaid at Peoria, Illinois;

_____  Facsimile transmission;

_____  Personal service:


Jennifer Lundy Sender
Andres J. Gallegos
Catherine Ann Cooke
Robert McKenna Winter
ROBBINS SALOMON & PATT
180 N. LaSalle Street, Ste. 3300
Chicago, IL 60601
(*Attorneys for Plaintiffs*)


/s/ L. Lee Smith
Attorneys for Defendants
L. Lee Smith
HINSHAW & CULBERTSON LLP
416 Main Street, 6th Floor
Peoria, IL 61602

3