IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DANA CRAIG, ROY FREEMAN, SONJA RENIA HOLZHAUER, individually, as Independent Executor of the Estate of Mary Alice Freeman, TERI-LYN CALHOUN, and GEORGE CALHOUN, CHRISTOPHER MESKIMEN, by and through his legal guardian, BARBARA MESKIMEN, KURT WILLIAMS, LYNETTE WILLIAMS, MELISSA KEARNEY, TIM KEARNEY, KAREN BATTS, TOM MEINDERS, DIANE MEINDERS, MICHAEL BUES, WENDI BUES, KIM TARKOWSKI, and SANDRA NIEUKIRK, individually on behalf of themselves and all other persons similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> OSF HEALTHCARE SYSTEM, an Illinois Not-For-Profit Corporation, and OSF MULTISPECIALTY GROUP – EASTERN REGION, LLC, an Illinois limited liability company, <br><br> Defendants. | Case No. 13-cv-01285 <br><br> Judge: Sara Darrow <br> Magistrate Judge: Jonathan E. Hawley |

## NOTICE OF VIDEOTAPED DEPOSITION

TO:   All Attorneys of Record    Sivertsen Reporting Service    Master Video, Inc.
                                  11112 N. Quail Lane            117 North Indiana
                                  Peoria, IL 61615               Morton, IL 61550
                                  (309) 690-3330                 (309) 339-1382

PLEASE TAKE NOTICE that the defendant will take the following deposition upon oral examination and closed caption at the law office of HINSHAW & CULBERTSON LLP, 416 Main Street, 6th Floor, Peoria, Illinois, before ASL/CDI interpreters and a Notary Public or other person duly authorized to administer oaths.

| **DEPONENT** | **DATE** | **TIME** |
|---|---|---|
| Wendi Bues | September 15, 2014 | 1:00 p.m. |

Respectfully submitted,

/s/ L. Lee Smith

L. Lee Smith
Ambrose V. McCall
HINSHAW & CULBERTSON LLP
416 Main Street, 6th Floor
Peoria, IL 61602
Telephone: 309-674-1025
Facsimile: 309-674-9328
lsmith@hinshawlaw.com
amccall@hinshawlaw.com

and

Tom H. Luetkemeyer
Daniel K. Ryan
Susan M. Baker
HINSHAW & CULBERTSON LLP
222 N. LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001
tluetkemeyer@hinshawlaw.com
dryan@hinshawlaw.com
sbaker@hinshawlaw.com

Attorneys for Defendants,
OSF HEALTHCARE SYSTEM and
OSF MULTISPECIALTY GROUP –
EASTERN REGION, LLC

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on September 12, 2014, a copy of the foregoing document was served upon the following counsel by:

  X   Enclosing it in an envelope, properly addressed as indicated below, with first-class postage prepaid at Peoria, Illinois;

_____ Facsimile transmission;

_____ Personal service:


Jennifer Lundy Sender
Andres J. Gallegos
Catherine Ann Cooke
Robert McKenna Winter
ROBBINS SALOMON & PATT
180 N. LaSalle Street, Ste. 3300
Chicago, IL 60601
(*Attorneys for Plaintiffs*)


   /s/ L. Lee Smith
Attorneys for Defendants
L. Lee Smith
HINSHAW & CULBERTSON LLP
416 Main Street, 6th Floor
Peoria, IL 61602